


**E-Filed 9/10/2009**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RICHARD ESCAMILLA, et al., | Case Number C 08-4391 JF |
| Appellants | JUDGMENT |
| v. | |
| JOHN VAN CUREN, Trustee of the Estate of VEC Farms, LLC, | |
| Respondent | |

Appellants having failed to file a statement of issues on appeal or an opening brief within the time provided, and Appellants having failed to pay the filing fee, IT IS HEREBY ORDERED that judgment is entered in favor of Respondent.

The Clerk of the Court shall close the file.

DATED: 9/9/2009

JEREMY FOGEL
United States District Judge

Case No. C 08-4391 JF
JUDGMENT
(JFEX2)

1 | This Order has been served upon the following persons:

2 | Kathy Quon Bryant           kquonbryant@mlg-pc.com

3 | Merle Cooper Meyers          mmeyers@mlg-pc.com

4 | Gayle Zickgraff Green          gayle@bindermalter.com

6 | Laine Lucas                    laine@bindermalter.com

7 | Steven Jude Sibley             sjs@dslaw.net

8 | Wendy Watrous Smith        wendy@bindermalter.com

2

Case No. C 08-4391 JF
JUDGMENT
(JFEX2)